# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE        DIVISION

Peter J. Barclay
_____

_____
*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

**v.**

Daniel R. Murphy, Glen D. Baisinger,
_____

Linn County Oregon, State of Oregon
_____
*(Enter full name of ALL defendant(s))*

**Defendant(s).**

Civil Case No. ___6:26-CV-00096-MC___
*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED**
***IN FORMA PAUPERIS***

I, Peter J. Barclay _____, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1.    Are you currently incarcerated?    ☐ Yes ☑ No

If "Yes" state the place of your incarceration: _____

**If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2.    Are you currently employed?    ☐ Yes ☑ No ☐ Self-employed

a.    If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

**Revised August 6, 2010**
**Page 1**

b.  If the answer is "No," state:

Name of last employer: CenterBeam Inc

Address of last employer: 5302 Betsy Ross Dr.  Santa Clara, CA 95054

Date of last employment: January 2002

Amount of take-home salary or wages: $ 12,000 ___ per month ___ (*specify pay period*)

3.  Is your spouse or significant-other employed? ☐Yes ☑No ☐Self-employed ☐Not applicable
If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages: $_____ per _____ (*specify pay period*)

4.  In the past 12 months have you received any money from any of the following sources?

a.  Business, profession or other self-employment    ☐Yes ☑No

If "Yes," state:  Amount received:                $ _____

Amount expected in future:      $ _____

b.  Rent payments, interest, or dividends            ☐Yes ☑No

If "Yes," state:  Amount received:                $ _____

Amount expected in future:      $ _____

c.  Pensions, annuities, or life insurance payments   ☐Yes ☑No

If "Yes," state:  Amount received:                $ _____

Amount expected in future:      $ _____

d.  Disability or workers compensation payments      ☐Yes ☐No

If "Yes," state:  Amount received:                $ _____

Amount expected in future:      $ _____

e.  Gifts or inheritances                            ☐Yes ☑No

If "Yes," state:  Amount received:                $ _____

Amount expected in future:      $ _____

f.  Any other sources                                ☑Yes ☐No

If "Yes," state:  Source: Social Security and Dept. Veterans Affairs

Amount received:                $ 12,200

Amount expected in future:      $ 12,200

5.    Do you have cash or checking or savings accounts?    ☑Yes ☐No
(including prison trust accounts)?

If "Yes," state the total amount:  $1000 for food & care

6.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☑Yes ☐No

If "Yes," describe the asset(s) and state the value of each asset listed.
5227 Mallard Cir SW Albany Oregon   $310,000
2397 Lafayette St SE, Albany Oregon   $305,000
2754 Brookside Ave SW, Albany Oregon   $456,000
2010 GMC Acadia $3,000
2014 Nissan Rogue $4000

7.    Do you have any other assets?    ☐Yes ☑No

If "Yes," list the asset(s) and state the value of each asset listed.

8.    Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?    ☑Yes ☐No

If "Yes," describe and provide the amount of the monthly expense.
5227 Mallard-Chase Home - $1531        2397 Lafayette-Newrez- $1618
2754 Brokside Ave - ($3250) $1700 My expense  Albany Water  $400
Allied Waste Ind  $230  Xfinity $165  NW natural gas  $445
PACIFIC POWER  $510    T-mobile $375 Willamette Dental $132.00
GEICO INSURANCE   $350  typical Medical   400.00

Chase Visa (monthly cash flow) All above utilities + food, gas basic needs $7,000  Typically paid off each month, current balance is ~$15,000 ($7000 this months expenses +$8000 unexpected medical bills not VA covered.) morgages ~4900 = income ~$12000 (2-100% VA + 1-SSA)

9.    List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
Christine Ann Talbert-Barclay Spouse 100%,PJB Son 100%
Elizabeth Memori Daughter 49%, Susan Ramirez Sister 50%, Glenn Ramirez Brother-in-law 50%, Maria Ramiez Niece 50%, GR Niece 50%, Johnathan Talbert Brother-in-law 50%, Kirstin Bates Daughter 50%, Danial Bates 50%, DJB Grandson 45%, AJB Grandson 45%, EJB Grandson 45% Mr. Barclay has become the family life boat providing support during this pandemic for his adult brothers, sister and children. Mr Barclay has increased his living space with a second home (5people) and Daughters family is living in an RV.

10.    Do you have any debts or financial obligations?    ☑Yes ☐No

If "Yes," describe the amounts owed and to whom they are payable.

Living space increased to negate homelessness of large immediate family (siblings and children) who will become independent. As they get stronger their dependency on myself decreases. The goal is for them to regain independence where they fully take ownership of the properties and responsibility of all utilities. Because of my ability for loans they are in my and my wife's name and we are legally responsible. We have worked diligently with financers to ensure all legal standards are met given our unique needs and circumstances. I have increased living space with homes (5 people in each) recently moving 5 from an RV to a home, Brother Robert an Nephew Kris are in the RV, it has been moved to a stable place and He is currently covering all costs of their needs.

**If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

1/16/2026
DATE

_____
SIGNATURE OF APPLICANT

Peter J. Barclay
_____
PRINTED NAME OF APPLICANT